No. 132, Orig. ALABAMA ET AL. *v.* NORTH CAROLINA. Bradford R. Clark, Esq., the Special Master in this case, is hereby discharged with the thanks of the Court. [For earlier order herein, see; *e. g., ante*, p. 1176.]

No. 09–1227. BOND *v.* UNITED STATES. C. A. 3d Cir. [Certiorari granted, *ante*, p. 960.] Motion of the Acting Solicitor General for divided argument granted.

No. 09–1343. J. MCINTYRE MACHINERY, LTD. *v.* NICASTRO ET UX. Sup. Ct. N. J. [Certiorari granted, 561 U. S. 1058.] Motion of respondent Robert Nicastro, authorized representative of Estate of Roseanne Nicastro, to be substituted as party for Roseanne Nicastro granted.

No. 10–313. TALK AMERICA, INC. *v.* MICHIGAN BELL TELEPHONE CO., DBA AT&T MICHIGAN; and
No. 10–329. ISIOGU ET AL. *v.* MICHIGAN BELL TELEPHONE CO., DBA AT&T MICHIGAN. C. A. 6th Cir. [Certiorari granted, *ante*, p. 1104.] Motion of petitioners to dispense with printing the joint appendix granted. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–717. MICCOSUKEE TRIBE OF INDIANS OF FLORIDA *v.* KRAUS-ANDERSON CONSTRUCTION CO. C. A. 11th Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 10–5967. HAMMANN *v.* FALLS/PINNACLE, LLC, ET AL.; and HAMMANN *v.* DEYO ET AL. Ct. App. Minn. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 980] denied.

No. 10–7889. JEWELL *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 14, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.